Submitted May 28, 2020, affirmed January 27, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CALEB STEPHEN CARNEY,
*Defendant-Appellant.*

Josephine County Circuit Court
17CR35401; A169823

479 P3d 598

Robert S. Bain, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Morgen E. Daniels, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Dilallo*, 367 Or 340, 478 P3d 509 (2020).